# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-3112

_____

ROBERT DONALD MCCOLLUM,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 30, 2019

PER CURIAM.

The petition for writ of certiorari is dismissed as moot.

RAY, C.J., and BILBREY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert Donald McCollum, pro se, Petitioner.

Ashley Moody, Attorney General, and Kristen Jennifer Lonergan, Assistant Attorney General, Tallahassee, for Respondent.